UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO DANIEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SANCHEZ TRUCKING, INC., an Idaho corporation or other business entity and FRANCISCO FLORES, JR. and JANE DOE FLORES, and their marital property,<br><br>Defendants. | No.   1:14-CV-3169-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 6, 2015, the parties filed a stipulated dismissal, ECF No. 7. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Dismissal, **ECF No. 7**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of January 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge